**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rhonda M. Stratton<br>       Debtor | CHAPTER 13<br><br>BKY. NO. 18-12684 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Fay Servicing as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust and index same on the master mailing list.

                              Respectfully submitted,


                              **/s/ Kevin G. McDonald, Esq.**
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322