UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

RHONDA  M  STRATTON

                                                  : Bankruptcy No. 18-12684JKF
   Debtor(s)                                      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: October 15, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

RHONDA  M  STRATTON
3308 HAVERFORD AVENUE
PHILADELPHIA,PA.19104