United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 18-12684-jkf
Rhonda M Stratton                                         Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: ChrissyW            Page 1 of 2           Date Rcvd: Oct 16, 2018
                             Form ID: pdf900           Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db         +Rhonda M Stratton,    3308 Haverford Avenue,    Philadelphia, PA 19104-2021
cr         +Citibank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
             Boca Raton, FL 33487-2853
cr         +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
intp       +Marilyn McKinsey,    3219 Wallace Street,    Philadelphia, PA 19104-2027
14207863   +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    c/o KEVIN G. MCDONALD,ESQUIRE,
             KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14207864   +Fay Servicing,   CitiBank, N.A., as Trustee for CMLTI Ass,    c/o KEVIN G. MCDONALD,ESQUIRE,
             KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14202615   +Fay Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,    1544 Old Alabama Road,
             Roswell, GA 30076-2102
14199980   +Marilyn McKinney,    3219 Wallace Street,    Philadelphia, PA 19104-2027
14122284   +Nationstar Mortgagae, LLC,    Servicer for Citibank, N.A.,    c/o Rebeca A. Solarz, Esquire,
             KML Law Group, P.C.,    701 Market Street, Suite 5000,    Phila., PA 19106-1541
14095205   +Roger Fay, Esquire,    Milstead & Associates LLC,    1 E. Stow Road,   Marlton, NJ 08053-3118
14095206   +The Bank of New York Mellon,    c/o Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,
             Coppell, TX 75019-4620
14204213    US Department of Education,    PO BOX 16448,   St. Paul, MN 55116-0448
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14209049        E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:53     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14207866*         +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    c/o KEVIN G. MCDONALD,ESQUIRE,
                   KML LAW GROUP, P.C.,    701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14207867*         +Fay Servicing,    CitiBank, N.A., as Trustee for CMLTI Ass,   c/o KEVIN G. MCDONALD,ESQUIRE,
                   KML LAW GROUP, P.C.,    701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14202616*         +Fay Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,    1544 Old Alabama Road,
                   Roswell, GA 30076-2102
14199981*         +Marilyn McKinney,    3219 Wallace Street,   Philadelphia, PA 19104-2027
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              KEVIN G. MCDONALD    on behalf of Creditor   CitiBank, N.A., as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: Oct 16, 2018
                              Form ID: pdf900         Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A. bkyefile@rasflaw.com
         LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com, Lphcourtfilings@verizon.net
         REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

RHONDA   M   STRATTON

                Debtor(s)

: Bankruptcy No. 18-12684JKF
: Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: October 15, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

RHONDA   M   STRATTON
3308 HAVERFORD AVENUE
PHILADELPHIA,PA.19104