# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: Rhonda M. Stratton | : | Chapter 13 |
| Debtor | : |  |
|  | : | Bankruptcy **No. 18-12684-JKF** |

## ORDER

AND NOW THIS ____ day of November, upon consideration of the debtor's Motion for Reconsideration of the Dismissal Order, it is hereby ORDERED that the Motion be, and is hereby, GRANTED. The Order dated October 10, 2018 is hereby VACATED and the case is reinstated.

**Date: November 14, 2018**

_____
Jean K. Fitzsimon
United States Bankruptcy Judge