United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 18-12684-jkf
Rhonda M Stratton                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW         Page 1 of 2           Date Rcvd: Nov 15, 2018
                        Form ID: pdf900      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db             +Rhonda M Stratton,    3308 Haverford Avenue,    Philadelphia, PA 19104-2021
cr             +Citibank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
                 Boca Raton, FL 33487-2853
cr             +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
intp           +Marilyn McKinsey,    3219 Wallace Street,    Philadelphia, PA 19104-2027
14207863       +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    c/o KEVIN G. MCDONALD,ESQUIRE,
                 KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14207864       +Fay Servicing,    CitiBank, N.A., as Trustee for CMLTI Ass,    c/o KEVIN G. MCDONALD,ESQUIRE,
                 KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14202615       +Fay Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,    1544 Old Alabama Road,
                 Roswell, GA 30076-2102
14199980       +Marilyn McKinney,    3219 Wallace Street,    Philadelphia, PA 19104-2027
14122284       +Nationstar Mortgagae, LLC,    Servicer for Citibank, N.A.,    c/o Rebeca A. Solarz, Esquire,
                 KML Law Group, P.C.,    701 Market Street, Suite 5000,    Phila., PA 19106-1541
14095205       +Roger Fay, Esquire,    Milstead & Associates LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
14095206       +The Bank of New York Mellon,    c/o Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,
                 Coppell, TX 75019-4620
14204213        US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:24      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14209049        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:23      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14207866*      +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    c/o KEVIN G. MCDONALD,ESQUIRE,
                 KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14207867*      +Fay Servicing,    CitiBank, N.A., as Trustee for CMLTI Ass,    c/o KEVIN G. MCDONALD,ESQUIRE,
                 KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14202616*      +Fay Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,    1544 Old Alabama Road,
                 Roswell, GA 30076-2102
14199981*      +Marilyn McKinney,    3219 Wallace Street,    Philadelphia, PA 19104-2027
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
```
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          KEVIN G. MCDONALD    on behalf of Creditor   CitiBank, N.A., as Trustee for CMLTI Asset Trust
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2                  Date Rcvd: Nov 15, 2018
                              Form ID: pdf900          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A. kbuttery@rascrane.com
          LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com,
           Lphcourtfilings@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
           solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Rhonda M. Stratton : Chapter 13
        Debtor :

: Bankruptcy **No. 18-12684-JKF**

**ORDER**

AND NOW THIS      day of November, upon consideration of the debtor's Motion for Reconsideration of the Dismissal Order, it is hereby ORDERED that the Motion be, and is hereby, GRANTED.  The Order dated October 10, 2018 is hereby VACATED and the case is reinstated.

**Date: November 14, 2018**

_____
Jean K. Fitzsimon
United States Bankruptcy Judge