UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          : Chapter 13

    RHONDA M. STRATTON    : Bankruptcy No. 18-12684JKF

    Debtor(s)                         :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>December 19, 2018</u> at 9:30 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                                                Respectfully submitted,

Date: November 20, 2018                        */s/ Polly A. Langdon*
                                                        Polly A. Langdon, Esq.
                                                        for
                                                        William C. Miller, Esq.,
                                                        Interim 13 Standing Trustee
                                                        2901 St. Lawrence Avenue
                                                        Reading, PA 19606-0410
                                                        Telephone: (610) 779-1313