United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12684-jkf
Rhonda M Stratton                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Nov 21, 2018
                             Form ID: 152             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
```
db           +Rhonda M Stratton,   3308 Haverford Avenue,   Philadelphia, PA 19104-2021
14207863     +CitiBank, N.A., as Trustee for CMLTI Asset Trust,   c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14207864     +Fay Servicing,   CitiBank, N.A., as Trustee for CMLTI Ass,   c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14202615     +Fay Servicing, LLC,   c/o McCALLA RAYMER LEIBERT PIERCE, LLC,   1544 Old Alabama Road,
              Roswell, GA 30076-2102
14234252     +MTGLQ INVESTORS, L.P.,   c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14199980     +Marilyn McKinney,   3219 Wallace Street,   Philadelphia, PA 19104-2027
14122284     +Nationstar Mortgagae, LLC,   Servicer for Citibank, N.A.,   c/o Rebeca A. Solarz, Esquire,
              KML Law Group, P.C.,   701 Market Street, Suite 5000,   Phila., PA 19106-1541
14095205     +Roger Fay, Esquire,   Milstead & Associates LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
14095206     +The Bank of New York Mellon,   c/o Nationstar Mortgage LLC,   8950 Cypress Waters Blvd.,
              Coppell, TX 75019-4620
14204213     US Department of Education,   PO BOX 16448,   St. Paul, MN 55116-0448
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:30     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2018 02:40:55
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2018 02:41:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14209049      E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:31     City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
                                                                                        TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14207866*    +CitiBank, N.A., as Trustee for CMLTI Asset Trust,   c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14207867*    +Fay Servicing,   CitiBank, N.A., as Trustee for CMLTI Ass,   c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14202616*    +Fay Servicing, LLC,   c/o McCALLA RAYMER LEIBERT PIERCE, LLC,   1544 Old Alabama Road,
              Roswell, GA 30076-2102
14234253*    +MTGLQ INVESTORS, L.P.,   c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14199981*    +Marilyn McKinney,   3219 Wallace Street,   Philadelphia, PA 19104-2027
                                                                              TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              JAMES P. MCGARRITY   on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,
              mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              KEVIN G. MCDONALD   on behalf of Creditor   CitiBank, N.A., as Trustee for CMLTI Asset Trust
              bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY   on behalf of Creditor   Citibank, N.A. kbuttery@rascrane.com
```

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2            Date Rcvd: Nov 21, 2018
                             Form ID: 152              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com,
           Lphcourtfilings@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
           solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                        TOTAL: 10
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Rhonda M Stratton
           Debtor(s)

Case No: 18−12684−jkf

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Jean K. FitzSimon

, United States Bankruptcy Court 12/19/18 at 09:30 AM , in Courtroom #3, 900 Market Street,
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

46 − 35
Form 152