**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: Rhonda Stratton : | Chapter 13 |
| Debtor : |  |
| : | Bankruptcy No. 18-12684 JKF |

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on June 20 2019, a true and correct copy of Debtor's Answer to Motion to Relief from the Stay was served upon the Chapter 13 Trustee, the US Trustee, and all other interested parties by electronic service

BY: /s/ James P. McGarrity
James P. McGarrity 1500
John F. Kennedy Blvd.
Suite 405
Philadelphia, PA. 19102
(215) 564-1951