United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12684-jkf
Rhonda M Stratton                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Aug 07, 2019
                 Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db             +Rhonda M Stratton,    3308 Haverford Avenue,    Philadelphia, PA 19104-2021
cr             +MTGLQ INVESTORS, L.P.,    P.O. Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
         BRIAN E. CAINE    on behalf of Creditor   MTGLQ Investors, L.P. bcaine@parkermccay.com,
     BKcourtnotices@parkermccay.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
         JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,
     mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         JAMES P. MCGARRITY    on behalf of Plaintiff Rhonda  Stratton mcgarritylaw@gmail.com,
     mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         KEVIN G. MCDONALD    on behalf of Creditor   CitiBank, N.A., as Trustee for CMLTI Asset Trust
     bkgroup@kmllawgroup.com
         KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A. kbuttery@rascrane.com
         LEWIS P. HANNAH    on behalf of Defendant Marilyn T. McKinsey lhannah969@aol.com,
     Lphcourtfilings@verizon.net
         LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com,
     Lphcourtfilings@verizon.net
         MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
     karena.blaylock@phila.gov
         REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
     solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
         ROBERT J. DAVIDOW    on behalf of Creditor    Citibank, N.A., As Trustee For Cmlti Asset Trust
     robert.davidow@phelanhallinan.com
         ROBERT J. DAVIDOW    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
     robert.davidow@phelanhallinan.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
                                                                                                                  TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re:<br><br>**Rhonda M. Stratton**<br><br>**Debtor,**<br>------------------------------------------------<br>MTGLQ Investors, L.P.<br><br>Movant,<br>v.<br><br>Rhonda M. Stratton<br><br>Debtor,<br>And<br><br>Scott F. Waterman, Esquire<br>Trustee,<br><br>Respondent.<br>------------------------------------------------ | **Chapter 13**<br>Case No. 18-12684-JKF<br><br><br><br><br><br><br><br><br><br>Hearing: July 17, 2019 at 9:30 a.m.<br>Courtroom # 3<br><br><br><br><br><br>11 U.S.C. §362(d) and §1301 |

# STIPULATION RESOLVING
# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
# AND CO-DEBTOR STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, MTGLQ Investors, L.P. (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay and Co-Debtor Stay as to Real Property, more commonly known as 3308 Haverford Avenue, Philadelphia, PA 19104; and James P. McGarrity, Esquire appearing on behalf of Debtor, Rhonda M. Stratton, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1.  As of July 17, 2019, the post-petition arrears is **$15,448.42**, as the debtor is presently due for the May 1, 2019 through July 1, 2019 post-petition mortgage payments.

2. Starting with the July 1, 2019 post-petition mortgage payment, and through and including the May 1, 2020 post-petition mortgage payment, debtor agrees to make the regular monthly payments to Movant as they become due – as a form of adequate protection. (The July 1, 2019 payment will be due July 25, 2019).

3. If the debtor fails to make any of the payments stated herein, as those payments become due, then Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay and co-debtor stay as to the mortgaged property herein.

4. The debtor intends to cure all of the pre-petition arrears and post-petition arrears by December 31, 2019. If the debtor does not cure all of the pre-petition arrears and post-petition arrears by December 31, 2019, then the debtor intends to sell the property by May 31, 2020.

5. If the debtor fails to sell the property by May 31, 2020, then Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay and co-debtor stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

_/s/Brian E. Caine_  
Brian E. Caine, Esquire  
Attorney for Movant

_/s/James P. McGarrity_  
James P. McGarrity, Esquire  
Attorney for Debtor

_/s/Polly A. Langdon_  
Concurrence by the Chapter 13 Trustee

AND NOW, this 7th day of August, 2019, it is hereby ORDERED that the foregoing Stipulation is approved.

_____  
Jean K. FitzSimon  
U.S. Bankruptcy Judge  
Eastern District of Pennsylvania