United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rhonda M Stratton  
    Debtor

Case No. 18-12684-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 09, 2019  
                Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.  
14249150      +MTGLQ Investors, L.P.,    P.O. Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:  
       BRIAN E. CAINE    on behalf of Creditor    MTGLQ Investors, L.P. bcaine@parkermccay.com,  
       BKcourtnotices@parkermccay.com  
       BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the  
       Chalet Series IV Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
       JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,  
       mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
       JAMES P. MCGARRITY    on behalf of Plaintiff Rhonda  Stratton mcgarritylaw@gmail.com,  
       mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
       KEVIN G. MCDONALD    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust  
       bkgroup@kmllawgroup.com  
       KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A. kbuttery@rascrane.com  
       LEWIS P. HANNAH    on behalf of Defendant Marilyn T. McKinsey lhannah969@aol.com,  
       Lphcourtfilings@verizon.net  
       LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com,  
       Lphcourtfilings@verizon.net  
       MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,  
       karena.blaylock@phila.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but  
       solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com  
       ROBERT J. DAVIDOW    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust  
       robert.davidow@phelanhallinan.com  
       ROBERT J. DAVIDOW    on behalf of Creditor    Citibank, N.A., As Trustee For Cmlti Asset Trust  
       robert.davidow@phelanhallinan.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
       ECF_FRPA@Trustee13.com  
                               TOTAL: 17

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12684-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Rhonda M Stratton
3308 Haverford Avenue
Philadelphia PA 19104

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/08/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: MTGLQ Investors, L.P., P.O. Box 10826, Greenville, SC  29603-0675 | U.S. Bank Trust National Association, et al.<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/11/19

Tim McGrath
**CLERK OF THE COURT**