*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rhonda M Stratton
    Debtor(s)

Case No: 18–12684–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

    on: 10/23/19

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/1/19

Timothy B. McGrath
Clerk of Court

99 – 97, 98
Form 167