United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12684-jkf
Rhonda M Stratton                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Oct 01, 2019
                            Form ID: 167           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
```
db          +Rhonda M Stratton,    3308 Haverford Avenue,   Philadelphia, PA 19104-2021
cr          +Citibank, N.A.,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Ste 100,
              Boca Raton, FL 33487-2853
cr          +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
              1544 Old Alabama Road,   Roswell, GA 30076-2102
cr          +MTGLQ Investors, L.P.,    ShellPoint Mortgage Servicing,   PO BOX 10826,
              GREENVILLE, SC 29603-0826
intp        +Marilyn McKinsey,    3219 Wallace Street,   Philadelphia, PA 19104-2027
14312382     CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST,    C/O Robert J. Davidow, Esq,
              1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103
14243627    +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    3000 Kellway Dr., Ste 150,
              Carrollton, TX 75006-3357
14207863    +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14312719     Citibank NA,    c/o Robert J. Davidow, Esq,   Phelan Hallinan Diamond & Jones, LLP,
              1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103
14207864    +Fay Servicing,    CitiBank, N.A., as Trustee for CMLTI Ass,   c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14202615    +Fay Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,   1544 Old Alabama Road,
              Roswell, GA 30076-2102
14347059     Fay Servicing,LLC,    PO BOX 814609,   Dallas TX 75381-4609
14234252    +MTGLQ INVESTORS, L.P.,    c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14249150    +MTGLQ Investors, L.P.,    P.O. Box 10826,   Greenville, SC 29603-0826
14199980    +Marilyn McKinney,    3219 Wallace Street,   Philadelphia, PA 19104-2027
14122284    +Nationstar Mortgagae, LLC,    Servicer for Citibank, N.A.,   c/o Rebeca A. Solarz, Esquire,
              KML Law Group, P.C.,   701 Market Street, Suite 5000,   Phila., PA 19106-1541
14095205    +Roger Fay, Esquire,    Milstead & Associates LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
14243188    +Shellpoint Mortgage Servicing,    c/o Rebecca A. Solarz, Esq.,   KML Law Group, PC,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14095206    +The Bank of New York Mellon,    c/o Nationstar Mortgage LLC,   8950 Cypress Waters Blvd.,
              Coppell, TX 75019-4620
14204213     US Department of Education,    PO BOX 16448,   St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:54:00    City of Philadelphia,
              Law Department,   c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA  19102
14209049     E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:54:00    City of Philadelphia,
              Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14244738     E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:54:00    City of Philadelphia,
              c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA 19102
14370684    +E-mail/Text: bknotices@snsc.com Oct 02 2019 03:54:10
              U.S. Bank Trust National Association, et al.,   c/o SN Servicing Corporation,   323 5th Street,
              Eureka, CA 95501-0305
                                                                                             TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Fay Servicing, LLC,    PO Box 814609,   Dallas, TX  75381-4609
cr*         +MTGLQ INVESTORS, L.P.,    P.O. Box 10826,   Greenville, SC 29603-0826
14244739*   ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
              1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
             (address filed with court: City of Philadelphia,   c/o Megan N. Harper,
               1401 JFK Blvd. Room 580,   Philadelphia, PA 19102)
14207866*   +CitiBank, N.A., as Trustee for CMLTI Asset Trust,    c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14207867*   +Fay Servicing,    CitiBank, N.A., as Trustee for CMLTI Ass,   c/o KEVIN G. MCDONALD,ESQUIRE,
              KML LAW GROUP, P.C.,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14202616*   +Fay Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,   1544 Old Alabama Road,
              Roswell, GA 30076-2102
14234253*   +MTGLQ INVESTORS, L.P..,    c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14199981*   +Marilyn McKinney,    3219 Wallace Street,   Philadelphia, PA 19104-2027
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett             Page 2 of 2          Date Rcvd: Oct 01, 2019
                              Form ID: 167                Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the
               Chalet Series IV Trust bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              BRIAN E. CAINE    on behalf of Creditor   MTGLQ Investors, L.P. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES P. MCGARRITY    on behalf of Plaintiff Rhonda  Stratton mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              KEVIN G. MCDONALD    on behalf of Creditor   CitiBank, N.A., as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   Citibank, N.A. kbuttery@rascrane.com
              LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              LEWIS P. HANNAH    on behalf of Defendant Marilyn T. McKinsey lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor   CitiBank, N.A., as Trustee for CMLTI Asset Trust
               robert.davidow@phelanhallinan.com
              ROBERT J. DAVIDOW    on behalf of Creditor   Citibank, N.A., As Trustee For Cmlti Asset Trust
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rhonda M Stratton
    Debtor(s)

Case No: 18–12684–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

    on: 10/23/19

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/1/19

Timothy B. McGrath
Clerk of Court

99 – 97, 98
Form 167