**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** | : **Chapter 13** |
| **Rhonda M. Stratton** | : Case No. 18-12684-JKF |
| **Debtor,** | : |
| ---------- | : |
| U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust | : |
| Movant, | : |
| v. | : Courtroom # 3 |
| Rhonda M. Stratton | : |
| Debtor, | : |
| And | : |
| Scott F. Waterman, Esquire | : 11 U.S.C. §362(d) and §1301 |
| Trustee, | : |
| Respondent. | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**

Upon the Certification of Default by PARKER McCAY P.A., attorneys for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust ("Movant") for default under a prior agreement, and for relief from the automatic stay and co-debtor stay as to certain real property as hereinafter set forth, and for cause shown;

1.   The automatic stay of Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*3308 Haverford Avenue, Philadelphia, PA 19104*

2.  **ORDERED** that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay and co-debtor stay.

3.  The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

DATED: 12/11/19

_____
Honorable Jean K. FitzSimon
United States Bankruptcy
Eastern District of Pennsylvania

**Movant's Attorney:**
Brian E. Caine, Esquire
9000 Midlantic Drive, Ste 300
P.O. Box 5054
Mt. Laurel, NJ 08054

JAMES P. MCGARRITY
James P. McGarrity
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
***DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY***

Rhonda M Stratton
3308 Haverford Avenue
Philadelphia, PA 19104
***DEBTOR – SERVED VIA REGULAR MAIL***

Marilyn T. McKinsey
3308 Haverford Avenue
Philadelphia, PA 19104
***PARTY IN INTEREST – SERVED VIA REGULAR MAIL***

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
***CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY***