United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12684-jkf
Rhonda M Stratton                                                         Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Dec 11, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
intp          +Marilyn McKinsey,    3219 Wallace Street,    Philadelphia, PA 19104-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
          BRIAN E. CAINE    on behalf of Creditor    MTGLQ Investors, L.P. bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the
           Chalet Series IV Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JADA S. GREENHOWE    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org
          JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Plaintiff Rhonda  Stratton mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          KEVIN G. MCDONALD    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
           bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A. kbuttery@rascrane.com
          LEWIS P. HANNAH    on behalf of Defendant Marilyn T. McKinsey lhannah969@aol.com,
           Lphcourtfilings@verizon.net
          LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com,
           Lphcourtfilings@verizon.net
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
           solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
           robert.davidow@phelanhallinan.com
          ROBERT J. DAVIDOW    on behalf of Creditor    Citibank, N.A., As Trustee For Cmlti Asset Trust
           robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                          TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | : |
| | : **Chapter 13** |
| **Rhonda M. Stratton** | : **Case No. 18-12684-JKF** |
| | : |
| **Debtor,** | : |
| | : |
| ------------------------------------------------- | : |
| U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust | : |
| | : |
| Movant, | : |
| v. | : |
| | : Courtroom # 3 |
| Rhonda M. Stratton | : |
| | : |
| Debtor, | : |
| And | : |
| | : |
| Scott F. Waterman, Esquire | : 11 U.S.C. §362(d) and §1301 |
| Trustee, | : |
| | : |
| Respondent. | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

Upon the Certification of Default by PARKER McCAY P.A.,  attorneys for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust ("Movant") for default under a prior agreement, and for relief from the automatic stay and co-debtor stay as to certain real property as hereinafter set forth, and for cause shown;

1.      The automatic stay of Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

***3308 Haverford Avenue, Philadelphia, PA 19104***

2.    **ORDERED** that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay and co-debtor stay.

3.    The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

DATED: 12/11/19

_____
Honorable Jean K. FitzSimon
United States Bankruptcy
Eastern District of Pennsylvania

**Movant's Attorney:**
Brian E. Caine, Esquire
9000 Midlantic Drive, Ste 300
P.O. Box 5054
Mt. Laurel, NJ 08054

JAMES P. MCGARRITY
James P. McGarrity
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
***DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY***

Rhonda M Stratton
3308 Haverford Avenue
Philadelphia, PA 19104
***DEBTOR – SERVED VIA REGULAR MAIL***

Marilyn T. McKinsey
3308 Haverford Avenue
Philadelphia, PA 19104
***PARTY IN INTEREST – SERVED VIA REGULAR MAIL***

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
***CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY***