**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                                          Chapter 13

Rhonda Stratton                                                                                    No: 18-12684

**Certification Service**

     I hereby certify that I have served a copy of the Debtor's Motion to Appoint Realtor to Sell Property on all parties or their attorney of record by electronic filing through the Court's electronic system on February 11 2020 And all parties registered to receive notice.

And by regular mail to:

Marilyn T. McKinsey
3219 Wallace Street
Philadelphia Pa 19104  on February 12 2020


                                                               /s/ James P. McGarrity
                                                                 James P. McGarrity