**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                                       Chapter 13

Rhonda Stratton                                                                                    No: 18-12684

**CERTIFICATE OF NO RESPONSE**

     I, James McGarrity, Esquire, attorney for Moving Party, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection or other response has been filed by any interested party to the Debtor's MOTION To Appoint Realtor to sell, nor was I contacted by Marilyn McKinsey or anyone on her behalf.

Date:             March 4 2020                                    /s/James P. McGarrity
                                                                                                James P. McGarrity