#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Rhonda Stratton**                      :            Chapter 13
          Debtor                 :
                                 :            Bankruptcy No. 18-12684
                                 :

### ORDER

AND NOW THIS 4th day of March 2020, upon consideration of the Debtor's Motion to Employ Real Estate Agent, and sell the jointly owned property at 3308 Haverford Avenue, Philadelphia Pa 19104, and after proper service of the Notice and the filing of the Certification of No Objection, it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Debtor is authorized to employ Gina Cook of Sandidge Real Estate to sell the Debtor's property at 3308 Haverford Avenue Philadelphia, to be compensated at six percent (6%) commission of the sale price. The Debtor will seek Court's approval and the joint owner's approval for the sale when a buyer is secured.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge