United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rhonda M Stratton  
    Debtor

Case No. 18-12684-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 04, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
db            +Rhonda M Stratton,  3308 Haverford Avenue,  Philadelphia, PA 19104-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

               BRIAN E. CAINE    on behalf of Creditor    MTGLQ Investors, L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
               BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
               FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
               JADA S. GREENHOWE    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org  
               JAMES P. MCGARRITY    on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
               JAMES P. MCGARRITY    on behalf of Plaintiff Rhonda  Stratton mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
               KEVIN G. MCDONALD    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com  
               KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A. kbuttery@rascrane.com  
               LEWIS P. HANNAH    on behalf of Defendant Marilyn T. McKinsey lhannah969@aol.com, Lphcourtfilings@verizon.net  
               LEWIS P. HANNAH    on behalf of Interested Party Marilyn  McKinsey lhannah969@aol.com, Lphcourtfilings@verizon.net  
               MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
               REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
               REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com  
               ROBERT J. DAVIDOW    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust robert.davidow@phelanhallinan.com  
               ROBERT J. DAVIDOW    on behalf of Creditor    Citibank, N.A., As Trustee For Cmlti Asset Trust robert.davidow@phelanhallinan.com  
               SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
               United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
               WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                                                      TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: **Rhonda Stratton**         :         Chapter 13
           Debtor         :
                                     :         Bankruptcy No. 18-12684
                                     :

**ORDER**

AND NOW THIS 4th day of March 2020, upon consideration of the Debtor's Motion to Employ Real Estate Agent, and sell the jointly owned property at 3308 Haverford Avenue, Philadelphia Pa 19104, and after proper service of the Notice and the filing of the Certification of No Objection, it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Debtor is authorized to employ Gina Cook of Sandidge Real Estate to sell the Debtor's property at 3308 Haverford Avenue Philadelphia, to be compensated at six percent (6%) commission of the sale price. The Debtor will seek Court's approval and the joint owner's approval for the sale when a buyer is secured.

BY THE COURT:

*Jean K. FitzSimon*
Jean K. FitzSimon
United States Bankruptcy Judge