| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-12684-AMC

RHONDA M STRATTON  
3308 HAVERFORD AVENUE  
PHILADELPHIA PA  19104

Petition Filed Date: 04/22/2018  
341 Hearing Date: 06/22/2018  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/12/2019 | $800.00 | 1933 James M | 07/09/2019 | $400.00 | 4020 James G | 09/13/2019 | $1,000.00 | 4047 |
| 11/15/2019 | $1,000.00 | 4080 James M | 02/26/2020 | $600.00 | 1976 | | | |

**Total Receipts for the Period: $3,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,000.00 | Current Monthly Payment: | $648.34 |
| Paid to Claims: | $0.00 | Arrearages: | $448.34 |
| Paid to Trustee: | $405.60 | Total Plan Base: | $20,360.16 |
| Funds on Hand: | $4,594.40 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.