UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

RHONDA  M  STRATTON

              Debtor(s)

: Bankruptcy No. 18-12684AMC
: Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_(signature)_
_____

**Date: November 25, 2020**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

RHONDA  M  STRATTON
3308 HAVERFORD AVENUE
PHILADELPHIA,PA.19104