United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12684-amc

Rhonda M Stratton  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhonda M Stratton, 3308 Haverford Avenue, Philadelphia, PA 19104-2021 |
| cr | + | Citibank, N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | MTGLQ Investors, L.P., ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| intp | + | Marilyn McKinsey, 3219 Wallace Street, Philadelphia, PA 19104-2027 |
| 14312382 | | CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, C/O Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14243627 | + | CitiBank, N.A., as Trustee for CMLTI Asset Trust, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 14207863 | + | CitiBank, N.A., as Trustee for CMLTI Asset Trust, c/o KEVIN G. MCDONALD,ESQUIRE, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14312719 | | Citibank NA, c/o Robert J. Davidow, Esq, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14552874 | + | Citibank, N.A., As Trustee For Cmlti Asset Trust, c/o Lorraine Gazzara Doyle, Esq., Friedman Vartolo,LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 14552637 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC as serv, CitiBank, N.A., as Trustee for CMLTI Ass, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14552818 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation a, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14207864 | + | Fay Servicing, CitiBank, N.A., as Trustee for CMLTI Ass, c/o KEVIN G. MCDONALD,ESQUIRE, KML LAW GROUP, P.C., 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14202615 | + | Fay Servicing, LLC, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14347059 | | Fay Servicing,LLC, PO BOX 814609, Dallas TX 75381-4609 |
| 14234252 | + | MTGLQ INVESTORS, L.P.., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14249150 | + | MTGLQ Investors, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 14199980 | + | Marilyn McKinney, 3219 Wallace Street, Philadelphia, PA 19104-2027 |
| 14122284 | + | Nationstar Mortgagae, LLC, Servicer for Citibank, N.A., c/o Rebeca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Phila., PA 19106-1541 |
| 14095205 | + | Roger Fay, Esquire, Milstead & Associates LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14243188 | + | Shellpoint Mortgage Servicing, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14095206 | + | The Bank of New York Mellon, c/o Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14204213 | | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2020 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2020 03:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | | |

Case 18-12684-amc    Doc 152    Filed 11/27/20    Entered 11/28/20 00:41:44    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 26 2020 03:48:00 | City of Philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| cr | + | Email/Text: blegal@phfa.org | Nov 26 2020 03:48:00 | PHFA-HEMAP, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14209049 | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14244738 | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | City of Philadelphia, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| 14400503 | | Email/Text: blegal@phfa.org | Nov 26 2020 03:48:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14370684 | + | Email/Text: bknotices@snsc.com | Nov 26 2020 03:48:00 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Sandidge Real Estate, c/o Gina Cook |
| cr | | U.S. Bank Trust National Association, not |
| cr | * | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | *+ | MTGLQ INVESTORS, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 14244739 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| 14207866 | *+ | CitiBank, N.A., as Trustee for CMLTI Asset Trust, c/o KEVIN G. MCDONALD,ESQUIRE, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14207867 | *+ | Fay Servicing, CitiBank, N.A., as Trustee for CMLTI Ass, c/o KEVIN G. MCDONALD,ESQUIRE, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14202616 | *+ | Fay Servicing, LLC, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14234253 | *+ | MTGLQ INVESTORS, L.P.., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14199981 | *+ | Marilyn McKinney, 3219 Wallace Street, Philadelphia, PA 19104-2027 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | |

Case 18-12684-amc    Doc 152    Filed 11/27/20    Entered 11/28/20 00:41:44    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 32 |

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

BRIAN E. CAINE
on behalf of Creditor MTGLQ Investors L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

FREDERICK L. REIGLE
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JADA S. GREENHOWE
on behalf of Creditor PHFA-HEMAP jgreenhowe@phfa.org

JAMES P. MCGARRITY
on behalf of Plaintiff Rhonda Stratton mcgarritylaw@gmail.com mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com

JAMES P. MCGARRITY
on behalf of Debtor Rhonda M Stratton mcgarritylaw@gmail.com mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com

KEVIN G. MCDONALD
on behalf of Creditor CitiBank N.A., as Trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
on behalf of Creditor Citibank N.A. cdigianantonio@rascrane.com

LEWIS P. HANNAH
on behalf of Interested Party Marilyn McKinsey lhannah969@aol.com Lphcourtfilings@verizon.net

LEWIS P. HANNAH
on behalf of Defendant Marilyn T. McKinsey lhannah969@aol.com Lphcourtfilings@verizon.net

LORRAINE GAZZARA DOYLE
on behalf of Creditor Citibank N.A., As Trustee For Cmlti Asset Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor MTGLQ INVESTORS L.P. bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor CitiBank N.A., as Trustee for CMLTI Asset Trust robert.davidow@phelanhallinan.com

ROBERT J. DAVIDOW
on behalf of Creditor Citibank N.A., As Trustee For Cmlti Asset Trust robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

RHONDA  M  STRATTON

                                                  : Bankruptcy No. 18-12684AMC
         Debtor(s)                  : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 25, 2020**

_____

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

RHONDA  M  STRATTON
3308 HAVERFORD AVENUE
PHILADELPHIA,PA.19104